IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Isaac Legaretta

        Plaintiff,

-vs-                                                    No. 2:21-cv-00179-MV-GBW

Macias, et al.

        Defendant.

## NOTICE OF DEFICIENCY

Please be advised that the pleading(s) electronically filed, or submitted for filing in this matter are incorrect for the following reasons(s):

1.   ( )   Document e-filed in wrong case

2.   ( )   Case number and/or case caption is incorrect

3.   ( )   Document e-filed with account not matching name listed as signer of document

4.   ( )   Document linked incorrectly

5.   ( )   Incorrect document type selected - Event _____ Category _____

6.   ( )   Incorrect party role selected

7.   ( )   Incorrect party added to the case

8.   ( )   Document not in compliance with Local Rule _____

9.   ( )   Document is illegible

10.   ( )   Leave of court required to file document

11.   ( )   Party not added to the case

12.   ( )   Incorrect PDF document attached

13.   ( )   Party(ies) not terminated

14.    (X)   Other: **A completed Information Sheet for TRO is required for all motions for temporary restraining order.**

TYPE OF ACTION:

1.    ( )   Action by the Court:

        ( )   Unfiled documents are returned to sender

2.    (X)   Action by the Filer:

        ( )   Refile document in correct case

        ( )   Refile corrected document

        ( )   Refile document when leave of the court is granted

        ( )   Refile document using correct event

        ( )   No further action required

        (X)   Other: **Complete all sections of the Information Sheet for TRO and file it. A fillable form is available on our webpage at: https://www.nmd.uscourts.gov/forms/information-sheet-temporary-restraining-order**

Please be advised that failure to correct the above-noted deficiencies of pleading(s) electronically filed **WITHIN THREE (3) DAYS OF THE DATE OF THIS NOTICE** may result in the pleading(s) being stricken from the record and/or termination of your case.

                                    <u>electronically filed</u>
                                    MITCHELL R. ELFERS
                                    CLERK, U.S. DISTRICT COURT