IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ISAAC LEGARETTA,
and JOHN or JANE DOES 1-20,

    Plaintiff,

v.                                              No. 2:21-cv-00179-MV-GBW

FERNANDO MACIAS, Dona Ana County
Manager, DIRECTOR BRYAN BAKER, an
Official with the Dona Ana County Detention
Center, CAPTAIN BEN MENDOZA, an official
with the Dona Ana County Detention Center,
CAPTAIN JOSHUA FLEMING, an official with
the Dona Ana County Detention Center, and JOHN
or JANE DOES 1-20,

    Defendants.

## ENTRY OF SPECIAL APPEARANCE AND NOTICE OF INTENT TO RESPOND TO COMPLAINT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**COMES NOW** the New Mexico Association of Counties (Brandon Huss, David Roman, and Mark Drebing) and hereby enters its special appearance for Fernando Macias, Director Bryan Baker, Captain Ben Mendoza, and Captain Joshua Fleming, notifies the Court of its intent to respond to Plaintiff's Complaint for Injunctive and Declaratory Relief [Doc. 1] and Application for Temporary Restraining Order and Preliminary Injunction [Doc. 1-1], and requests this Court delay ruling until after Defendants have responded to Plaintiff's Complaint and Application.[1]

---

[1] Defendants have not been served but are in the process of entering into a waiver pursuant to Rule 4.

Respectfully submitted:

NEW MEXICO ASSOCIATION OF COUNTIES

*/s/ Brandon Huss*
BRANDON HUSS
DAVID A. ROMAN
MARK DREBING
111 Lomas Blvd. Ste. 424
Albuquerque, New Mexico 87102
(505) 820-8116
bhuss@nmcounties.org
droman@nmcounties.org
mdrebing@nmcounties.org
*Attorneys for County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served electronically, as more fully reflected on the Notice of Electronic Filing.

*/s/ Brandon Huss*
BRANDON HUSS