IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Isaac Legarret,

        Plaintiff(s),

vs.                                           No. CIV   2:21-cv-00179-MV-GBW

Fernando Macias, et al.,

        Defendant(s).

## INFORMATION SHEET FOR T.R.O.

**Attorney(s) for Plaintiff(s):** *(include phone #)*

N. Ana Garner, 1000 Cordova Pl., #644, Santa Fe, NM 87505, 505-930-5170
Jonathan Diener, P.O. Box 27,   Mule Creek, NM 88051, 575-388-1754

**Attorney(s) for Defendant(s):** *(include phone #)*

David A. Roman, 111 Lomas Blvd. NW Suite 424, Albuquerque, NM 87102
505-820-8116

**Nature of Underlying Claim:** *(contract, tort, environment, etc.)*

Federal question & violation of statute(s)

**Jurisdiction:** *(Cite Statutes)*

United States Constitution 4th, 5th and 9th Amendments; 21 U.S. Code § 360bbb–3 ; FROCP 57, 65

**Precise statement of activity sought to be restrained or compelled:**

1. Terminating or disciplining Plaintiff for not accepting a COVID vaccine;
2. Taking any action to enforce the unlawful mandate issued by Defendant Macias

## HEARING

**Estimated length of hearing:**   30 minutes

**Request hearing to be set for:** *(Select one)*
☐ Today  ☐ Tomorrow  ☒ Within One Week  ☐ Within Ten Days

## NOTICE

Are all parties represented by counsel at this time?    ☒ Yes  ☐ No

Have the opposing party(ies) and their attorney(s) been notified ?    ☐ Yes  ☐ No

    If answer is yes, when?

    If answer is no, why not?

**Notice given by:**  ☐ Phone  ☐ Fax  ☐ Letter  ☐ In Person  ☐ Other