UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| ISAAC LEGARRETA and JOHN or JANE DOES 1-20,<br><br>        Plaintiffs,<br><br> v.<br><br>FERNANDO MACIAS, Dona Ana County Manager, DIRECTOR BRYAN BAKER, an official with The Dona Ana County Detention Center, CAPTAIN BEN MENDOZA, an official with the Dona Ana County Detention Center, CAPTAIN JOSHUA FLEMING, an official with the Dona Ana County Detention Center, and JOHN or JANE DOES 1-20,<br><br>        Defendants. | Case No: 2:21-cv-00179<br><br>**NOTICE OF WITHDRAWAL OF MOTION** |

  Plaintiffs, by and through their counsel of record, and pursuant to LR 7.7 for US District Court of New Mexico, hereby give Notice of Withdrawing Application for Temporary Restraining Order, Filed as Document 1-1 on February 28, 2021 and Motion for Preliminary Injunction as raised in the Complaint, for which the Court's Order Denying Temporary Restraining Order set a briefing schedule.

  Approval for this Notice was given by email on March 19, 2021 by David Roman, counsel for Defendants.

                    Respectfully submitted,

                    ___/s/ N. Ana Garner_____
                    N. Ana Garner
                    Attorney for Plaintiffs

        1000 Cordova Pl., #644
        Santa Fe, NM 87505
        GarnerLaw@yahoo.com
        (505) 930-5170

        and

        Jonathan Diener, Attorney
        Co-counsel for Plaintiffs
        P.O. Box 27
        Mule Creek, NM 88051
        (575) 388-1754
        jonmdiener@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

*s/ N. Ana Garner*
_____
N. Ana Garner