# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

ISAAC LEGARETTA, ANTHONY
ZOCCOLI and JOHN or JANE DOES 1-20,

    Plaintiff,

v.                                               No. 2:21-cv-00179-MV-GBW

FERNANDO MACIAS, Dona Ana County
Manager, DIRECTOR BRYAN BAKER, an
Official with the Dona Ana County Detention
Center, CAPTAIN BEN MENDOZA, an official
with the Dona Ana County Detention Center,
CAPTAIN JOSHUA FLEMING, an official with
the Dona Ana County Detention Center, COUNTY
OF DONA ANA and JOHN or JANE DOES 1-20,

    Defendants.

## NOTICE OF EXTENSION

    Notice is hereby given to this Court that the parties have agreed to extend the deadline for Defendants to respond to Plaintiff's Amended Complaint for Injunctive and Declaratory Relief [Doc.17] to June 3, 2021.

                                            Respectfully submitted:

                                            NEW MEXICO ASSOCIATION OF COUNTIES

                                            */s/ David Roman*
                                            BRANDON HUSS
                                            DAVID A. ROMAN
                                            111 Lomas Blvd. Ste. 424
                                            Albuquerque, New Mexico 87102
                                            (505) 820-8116
                                            bhuss@nmcounties.org
                                            droman@nmcounties.org
                                            *Attorneys for County Defendants*

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 18, 2021, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served electronically, as more fully reflected on the Notice of Electronic Filing.

/s/ David Roman
DAVID ROMAN