IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ISAAC LEGARETTA, ANTHONY
ZOCCOLI and JOHN or JANE DOES 1-20,

    **Plaintiff,**

v.                                                                                   No. 2:21-cv-00179-MV-GBW

FERNANDO MACIAS, Dona Ana County
Manager, DIRECTOR BRYAN BAKER, an
Official with the Dona Ana County Detention
Center, CAPTAIN BEN MENDOZA, an official
with the Dona Ana County Detention Center,
CAPTAIN JOSHUA FLEMING, an official with
the Dona Ana County Detention Center, COUNTY
OF DONA ANA and JOHN or JANE DOES 1-20,

    **Defendants.**

## NOTICE OF SUPPLEMENTAL AUTHORITY

COME NOW Defendants Macias, Baker, Mendoza, Fleming, and County of Dona Ana[1], by and through undersigned counsel, and hereby provide this notice of supplemental authority. On June 12, 2021, the federal court for the Southern District of Texas dismissed a claim, challenging a mandatory vaccination policy, where plaintiffs made analogous arguments to the case at bar. The Order is persuasive authority in support of the arguments made in defendants Motion to Dismiss in Lieu of an Answer [Doc. 20]; the Order is attached hereto as Exhibit A and may also be found at the following hyperlink:

    *Jennifer Bridges, et al. v. The Methodist Hospital D/B/A The Methodist Hospital System,* S.D. Tex. 4:21-cv-01774 (June 12, 2021).

---

[1] Subject to the limitations described in defendants' motion to dismiss.

Respectfully submitted:

NEW MEXICO ASSOCIATION OF COUNTIES

*/s/ Brandon Huss*
BRANDON HUSS
DAVID A. ROMAN
111 Lomas Blvd. Ste. 424
Albuquerque, New Mexico 87102
(505) 820-8116
*Attorneys for Defendants Macias, Baker, Mendoza, Fleming, and County*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served electronically, as more fully reflected on the Notice of Electronic Filing.

/s/ Brandon Huss
BRANDON HUSS