IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ISAAC LEGARETTA, ANTHONY
ZOCCOLI and JOHN or JANE DOES 1-20,

    Plaintiff,

v.                                        No. 2:21-cv-00179-MV-GBW

FERNANDO MACIAS, Dona Ana County
Manager, DIRECTOR BRYAN BAKER, an
Official with the Dona Ana County Detention
Center, CAPTAIN BEN MENDOZA, an official
with the Dona Ana County Detention Center,
CAPTAIN JOSHUA FLEMING, an official with
the Dona Ana County Detention Center, COUNTY
OF DONA ANA and JOHN or JANE DOES 1-20,

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to the Local Rules of Civil Procedure, D.N.M.LR-Civ. 7.4(e) Defendants Macias, Baker, Mendoza, Fleming, and County of Dona Ana, New Mexico (hereinafter referred to as "County Defendants"), by and through undersigned counsel, notifies the Court of the following:

1. County Defendants filed their Motion to Dismiss in Lieu of an Answer [Doc. 20] on June 3, 2021.

2. County Defendants filed a Notice of Supplemental Authority [Doc. 21] on June 14, 2021.

3. Plaintiffs filed their Response to County Defendants' Motion to Dismiss in Lieu of an Answer [Doc. 22] on June 28, 2021.

4. County Defendants filed their Reply in Support of Their Motion to Dismiss in Lieu of an Answer [Doc. 23] on July 12, 2021.

5. Therefore, County Defendants' Motion to Dismiss in Lieu of an Answer is ready for a decision.

Respectfully submitted:

NEW MEXICO ASSOCIATION OF COUNTIES

*/s/ Brandon Huss*
BRANDON HUSS
DAVID A. ROMAN
111 Lomas Blvd. Ste. 424
Albuquerque, New Mexico 87102
(505) 820-8116
bhuss@nmcounties.org
droman@nmcounties.org
*Attorneys for County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served electronically, as more fully reflected on the Notice of Electronic Filing.

/s/ Brandon Huss
BRANDON HUSS